UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEFANIE JOLENE KING,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,,<br><br>  Defendant. | No.  1:14-CV-3168-SMJ<br><br>**REMAND ORDER** |

Before the Court, without oral argument, is the Parties' Stipulated Motion for Remand, ECF No. 18. The Parties request that the Court remand this matter to the Administrative Law Judge for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the stipulated motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Parties' Motion for Remand, **ECF No. 18**, is **GRANTED**.

**2.** This case is **REMANDED** for further proceedings before the ALJ who shall provide Plaintiff an opportunity for a new hearing, to further update the medical record, and issue a new decision. The ALJ shall also:

ORDER **-** 1

*A.* Reassess Plaintiff's mental and physical impairments;

*B.* Reevaluate the medical evidence of record, giving legally sufficient reasons for the evaluation consistent with 20 C.F.R. § 404.1527(d), 416.927(d);

*C.* If necessary, obtain appropriate medical expert evidence to provide a longitudinal overview and clarify the nature, severity and limiting effects of Plaintiff's medically determinable mental impairments throughout the period at issue;

*D.* Update the medical evidence of record to include records from any corrections facilities at which Plaintiff was incarcerated during the period at issue;

*E.* Perform drug addiction/alcoholism evaluation pursuant to Social Security Ruling 13-2p;

*F.* Reassess Plaintiff's maximum residual functional capacity (RFC), specifically with consideration to the opinions of record from all medical source opinions and fashion a complete RFC finding. The ALJ should provide specific reasoning for the weight given to opinion evidence, discussing the evidentiary basis for conclusions along with an adequate rationale for either accepting or rejecting probative medical

opinions, and giving consideration to obtaining medical expert testimony;

  G. Reevaluate Plaintiff's credibility; and

  H. Continue the sequential evaluation process as necessary.

 **3.** **JUDGMENT** is to be entered in the Plaintiff's favor.

 **4.** The case shall be **CLOSED**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 22nd day of July 2015.

_____
SALVADOR MENDOZA, JR.
United States District Judge