UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STEFANIE KING,

Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security Administration,

Defendant.

No. 1:14-CV-3168-SMJ

**ORDER DENYING AS MOOT MOTION FOR SUMMARY JUDGMENT AND GRANTING ATTORNEY FEES**

Before the Court, without oral argument, is Plaintiff's Motion for Summary Judgment, **ECF No. 13,** and Motion for Attorney fees, **ECF No. 21.** The parties have previously stipulated to reverse and remand for further administrative proceedings, **ECF No. 18,** and the Court issued an Order of Remand, **ECF No. 19**. In its stipulation, the parties agreed that reasonable attorney fees should be grated. Plaintiff now properly request reasonable attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. '2412(d) (hereinafter "EAJA"). The Court has reviewed the itemized billing and documentation submitted by Plaintiff and finds the attorney fees reasonable. Having reviewed the pleadings and the file in this matter, the Court is fully informed and **DENIES AS MOOT** the Motion for

Summary Judgement, **ECF No. 13,** and **GRANTS** the Motion for Attorney Fees, **ECF No. 21.**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Summary Judgement, **ECF No. 13**, is **DENIED AS MOOT**; and

2. Plaintiff's Motion for Attorney fees pursuant to the EAJA, **ECF No. 21**, is **GRANTED** in the amount of $6,165.24.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 14TH day of April 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge